# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,　　　　　)
　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　)　　　ID No.　　80001076DI
　　　　　　　　　　　　　　)
JAPHIS LAMPKINS,　　　　　　)
　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　 )

## **ORDER**

1.  On this 28th day of November, 2023, upon consideration of the Superior Court Commissioner's Report and Recommendations,[1] Defendant Japhis Lampkins's ("Defendant") *pro se* Motion for Appointment of Counsel and Motion for Postconviction Relief (collectively, the "Motions")[2] made pursuant to Superior Court Criminal Rule 61, and the record in this case, it appears to the Court that:

2.  On September 23, 2022, Defendant filed the instant Motion for Postconviction Relief.[3] On February 6, 2023, Defendant filed the instant Motion for Appointment of Counsel.[4] The Motions were referred to the Commissioner pursuant to 10 *Del. C.* § 512(b) and Rule 62 for proposed findings of fact and conclusions of law. On September 27, 2023, the Commissioner issued a Report and Recommendation in which he recommended that the Court deny the Motion for

---

[1] D.I.s 216, 217.
[2] D.I.s 204, 208.
[3] D.I. 204.
[4] D.I. 208.

Appointment of Counsel.[5]  The next day, on September 28, 2023, he issued a Report and Recommendation in which he recommended that the Court summarily dismiss the Motion for Postconviction Relief as procedurally barred.[6]

3.  A party can file and serve written objections to a Commissioner's order "[w]ithin ten days after filing of a Commissioner's proposed findings of fact and recommendations."[7]  Neither party filed and served an objection on or before October 7 or 8, 2023, respectively, ten days after the Commissioner filed his Report and Recommendations.

4.  The Court adopts the Commissioner's Report and Recommendations in their entirety for the reasons set forth therein.  The Commissioner's findings are not clearly erroneous, contrary to law, or an abuse of discretion.[8]  Accordingly, the Motions are hereby **DENIED.**

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

cc:    Japhis Lampkins (SBI #00110196)

---

[5] D.I. 216.
[6] D.I. 217.  In this Report and Recommendation, the Commissioner also stated that Defendant's Motion for an Evidentiary Hearing is moot.  *Id.*
[7] Super. Ct. Crim. R. 62(a)(5)(ii).
[8] Super. Ct. Crim. R. 62(a)(4)(iv).